**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CITY OF PHILADELPHIA, : No. 348 EAL 2017
:
        Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
       v. :
:
:
GRYPHIN COATINGS, INC. :
:
:
:
PETITION OF: 5627-41 HEGEMAN :
STREET, LLC :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is
**DENIED**.